IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

**PIERRE GERMAN,**

    Plaintiff,

Vs.                                              Case No.: 2:21-cv-02576-TLP-atc

**United States of America,**

    Defendant.

**CONSENT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Comes now, Plaintiff by and through undersigned counsel of record, and gives notice that with consent of the opposing party stipulates to dismiss his cause of action without prejudice pursuant to F.R.Civ.P. rule 41(a)(1)(A)(ii).

Respectfully Submitted,

s/Louis P Chiozza, Jr.
Louis P. Chiozza, Jr. #8871
230 Adams Avenue
Memphis, TN 38103
Lou@chiozzalaw.com
(901) 526-9494

s/Melanie Dunlap
Melanie Dunlap, Esq. (TN BPR 22477)
Stuart Canale, Esq. (TN BPR 012590)
U.S. Attorneys for the United States of America Western District of Tennessee
At Memphis
167 N. Main St., Suite 800
Memphis, TN 38103

**CERTIFICATE OF SERVICE**

      I, Louis P. Chiozza, Jr., hereby certify a true and correct copy of the forgoing documents have been served via email and/or U. S. Mail, postage prepaid on this 9th day of March, 2023 to all counsel of record.

s/Louis P. Chiozza, Jr.